# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**WALTER C. HILL, JR.**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201300453**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 10 Sep 2013.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding General, Marine Corps Recruit Depot/Western Recruiting Region, San Diego, CA.
**Staff Judge Advocate's Recommendation**: Maj J.E. Ming, USMC.
**For Appellant**: LT Jonathan Hawkins, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**31 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court